**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____   Chapter __11__

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy      06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Amata, LLC** |

| | |
|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names |

| | |
|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) **55-0810086** |

**4.   Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **161 N. Clark St., 16th Floor**<br>**Chicago, IL 60601**<br>Number, Street, City, State & ZIP Code | **77 W. Wacker Dr., 45th Floor**<br>**Chicago, IL 60601**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Cook**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

**5.   Debtor's website** (URL) _____

**6.   Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Amata, LLC**

Name                                          Case number (*if known*) _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_5311_

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☐ No.
☑ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | **Northern District of Illinois** | When | **4/12/21** | Case number | **21-04801** |
| District | _____ | When | _____ | Case number | _____ |

Debtor    **Amata, LLC**
Name                                                    Case number (*if known*)

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor | _____ | Relationship _____ |
| District | _____ When _____ | Case number, if known _____ |

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
■ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

---

Official Form 201                    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                    page 3

Debtor    **Amata, LLC**

Name                                          Case number (*if known*)

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million      ☐ More than $50 billion

| Debtor | **Amata, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November 12, 2024**
MM / DD / YYYY

**X** **/s/ Ronald Bockstahler**                    **Ronald Bockstahler**
Signature of authorized representative of debtor        Printed name

Title   **Manager of Amata Holdings, LLC, Sole Member/Manager**

**18. Signature of attorney**

**X** **/s/ Jeffrey C. Dan**                    Date **November 12, 2024**
Signature of attorney for debtor                MM / DD / YYYY

**Jeffrey C. Dan**
Printed name

**Goldstein & McClintock LLLP**
Firm name

**111 W Washington Street**
**Suite 1221**
**Chicago, IL 60602**
Number, Street, City, State & ZIP Code

Contact phone  **(312) 337-7700**     Email address  **jeffd@goldmclaw.com**

**6242750 IL**
Bar number and State

| Debtor | **Amata, LLC** | Case number (*if known*) | |
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 12, 2024**
              MM / DD / YYYY

X _____
Signature of authorized representative of debtor

Title    **Manager of Amata Holdings, LLC, Sole Member/Manager**

**Ronald Bockstahler**
Printed name

---

**18. Signature of attorney**

X _____
Signature of attorney for debtor

Date    **November 12, 2024**
        MM / DD / YYYY

**Jeffrey C. Dan**
Printed name

**Goldstein & McClintock LLLP**
Firm name

**111 W Washington Street**
**Suite 1221**
**Chicago, IL 60602**
Number, Street, City, State & ZIP Code

Contact phone    **(312) 337-7700**       Email address    **jeffd@goldmclaw.com**

**6242750 IL**
Bar number and State

---

Fill in this information to identify the case:

Debtor name **Amata, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **150SW -MJH Wacker LLC** 150 S. Wacker Dr. Suite 2150 Chicago, IL 60606 | | | | | | **$67,459.75** |
| **161 North Clark Newco LLC** c/o Societe Generale 245 Park Avenue New York, NY 10167 | | | **Disputed** | | | **$261,171.00** |
| **American Commercial Bank & Trust** 4733 Main St. Lisle, IL 60532 | | | | **$1,147,367.00** | **$0.00** | **$1,147,367.00** |
| **Bartzen Rosenlund Kasten LLC** 161 N. Clark St. Chicago, IL 60601 | | **Security Deposit** | **Contingent** | | | **$3,209.52** |
| **Burger Meyer, LLP** 150 S. Wacker Dr. Chicago, IL 60606 | | **Security Deposit** | **Contingent** | | | **$4,465.00** |
| **Crivello Carlson** 161 N. Clark St. Chicago, IL 60601 | | **Security Deposit** | **Contingent** | | | **$5,500.00** |
| **Dominican Republic Tourism Board** 161 N. Clark St. Chicago, IL 60601 | | **Security Deposit** | **Contingent** | | | **$5,000.00** |
| **Estrada Hinojosa & Company, Inc.** 161 N. Clark St. Chicago, IL 60601 | | **Security Deposit** | **Contingent** | | | **$3,700.00** |
| **Fulk Family Foundation, Inc.** 150 S. Wacker Dr. Chicago, IL 60606 | | **Security Deposit** | **Contingent** | | | **$4,200.00** |

Debtor **Amata, LLC**
Name _____

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Garofalo Law Group 161 N. Clark St. Chicago, IL 60601** | | **Security Deposit** | **Contingent** | | | **$5,344.34** |
| **Hansen Reynolds, LLC 150 S. Wacker Dr. Chicago, IL 60606** | | **Security Deposit** | **Contingent** | | | **$3,940.05** |
| **Harris Immigration Law 161 N. Clark St. Chicago, IL 60601** | | **Security Deposit** | **Contingent** | | | **$5,175.00** |
| **Kirk Key Interlock 161 N. Clark St. Chicago, IL 60601** | | **Security Deposit** | **Contingent** | | | **$3,573.96** |
| **Masini, Vickers & Hadsell, P.C. 150 S. Wacker Dr. Chicago, IL 60606** | | **Security Deposit** | **Contingent** | | | **$5,959.00** |
| **McCoy Leavitt Laskey LLC 150 S. Wacker Dr. Chicago, IL 60606** | | **Security Deposit** | **Contingent** | | | **$3,570.00** |
| **MDMBG Leasing LLC 161 N. Clark St. Chicago, IL 60601** | | **Security Deposit** | **Contingent** | | | **$9,620.00** |
| **Netikus.net 150 S. Wacker Dr. Chicago, IL 60606** | | **Security Deposit** | **Contingent** | | | **$5,850.00** |
| **Peddinghaus Corporation 150 S. Wacker Dr. Chicago, IL 60606** | | **Security Deposit** | **Contingent** | | | **$5,100.00** |
| **Pohlman USA 161 N. Clark St. Chicago, IL 60601** | | **Security Deposit** | **Contingent** | | | **$4,475.00** |
| **Zwelling Law, PLLC 161 N. Clark St. Chicago, IL 60601** | | **Security Deposit** | **Contingent** | | | **$3,602.00** |

150SW -MJH Wacker LLC
150 S. Wacker Dr.
Suite 2150
Chicago, IL 60606


161 North Clark Newco LLC
c/o Societe Generale
245 Park Avenue
New York, NY 10167


161-17NC, LLC
77 W. Wacker Dr.
45th Floor
Chicago, IL 60601


Adam David Ingber, P.C.
161 N. Clark St.
Chicago, IL 60601


Advitam IP, LLC
150 S. Wacker Dr.
Chicago, IL 60606


Agustin & Associates
150 S. Wacker Dr.
Chicago, IL 60606


Alberto Gonzales, Attorney at Law
161 N. Clark St.
Chicago, IL 60601


Alliance Commercial Capital
161 N. Clark St.
Chicago, IL 60601


Amal Law Group, LLC
161 N. Clark St.
Chicago, IL 60601


Amata 77WW, LLC
77 W. Wacker Dr.
45th Floor
Chicago, IL 60601

Amata Holdings, LLC
77 W. Wacker Dr.
45th Floor
Chicago, IL 60601


Amata Management, LLC
77 W. Wacker Dr.
45th Floor
Chicago, IL 60601


American Commercial Bank & Trust
4733 Main St.
Lisle, IL 60532


Atlas Language Service, Inc.
161 N. Clark St.
Chicago, IL 60601


B. Lane Hasler Law Office
161 N. Clark St.
Chicago, IL 60601


Bailey Borlack Nadelhoffer LLC
150 S. Wacker Dr.
Chicago, IL 60606


Barich IP Law Group
150 S. Wacker Dr.
Chicago, IL 60606


Baron Harris Healey, LLC
150 S. Wacker Dr.
Chicago, IL 60606


Bartzen Rosenlund Kasten LLC
161 N. Clark St.
Chicago, IL 60601


Bennett Law, LLC
150 S. Wacker Dr.
Chicago, IL 60606


Borjas Law Group
150 S. Wacker Dr.
Chicago, IL 60606

Brenda Feis
161 N. Clark St.
Chicago, IL 60601


BSRIA Inc.
150 S. Wacker Dr.
Chicago, IL 60606


Builden Partners
150 S. Wacker Dr.
Chicago, IL 60606


Burger Meyer, LLP
150 S. Wacker Dr.
Chicago, IL 60606


Cannibis Industry Lawyer
150 S. Wacker Dr.
Chicago, IL 60606


Cendrowski Corporate Advisors LLC
161 N. Clark St.
Chicago, IL 60601


Chicago Therapy and Assesment Serv.
150 S. Wacker Dr.
Chicago, IL 60606


Churchill Stateside Group
150 S. Wacker Dr.
Chicago, IL 60606


CICS
150 S. Wacker Dr.
Chicago, IL 60606


Columbia Capital Management, LLC
150 S. Wacker Dr.
Chicago, IL 60606


Complete Health Care Services, Inc
150 S. Wacker Dr.
Chicago, IL 60606

Crane Law Group
161 N. Clark St.
Chicago, IL 60601


Crivello Carlson
161 N. Clark St.
Chicago, IL 60601


David S. Rodriguez
161 N. Clark St.
Chicago, IL 60601


DaVinci Virtual LLC
150 S. Wacker Dr.
Chicago, IL 60606


DaVinci Virtual LLC - 161
161 N. Clark St.
Chicago, IL 60601


Dominican Republic Tourism Board
161 N. Clark St.
Chicago, IL 60601


Dunlap Codding, PC
150 S. Wacker Dr.
Chicago, IL 60606


Estrada Hinojosa & Company, Inc.
161 N. Clark St.
Chicago, IL 60601


FedEx
P.O. Box 94515
Palatine, IL 60094-4515


Feeley and Associates, P.C.
161 N. Clark St.
Chicago, IL 60601


Fordham Real Estate LLC
161 N. Clark St.
Chicago, IL 60601

Fourth Watch Real Estate, LLC
161 N. Clark St.
Chicago, IL 60601


Freedom Title Corporation
161 N. Clark St.
Chicago, IL 60601


Fulk Family Foundation, Inc.
150 S. Wacker Dr.
Chicago, IL 60606


G. Dowd Law LLC
161 N. Clark St.
Chicago, IL 60601


Garofalo Law Group
161 N. Clark St.
Chicago, IL 60601


Garvey's Office Products
7500 N. Caldwell Avenue
Niles, IL 60714


Getzler Henrich & Associates, LLC
150 S. Wacker Dr.
Chicago, IL 60606


Gibson Consulting
150 S. Wacker Dr.
Chicago, IL 60606


Gurney Law Group
150 S. Wacker Dr.
Chicago, IL 60606


Hansen Reynolds, LLC
150 S. Wacker Dr.
Chicago, IL 60606


Harris Immigration Law
161 N. Clark St.
Chicago, IL 60601

Hausner Law
161 N. Clark St.
Chicago, IL 60601


Haywood and Fleming Associates
150 S. Wacker Dr.
Chicago, IL 60606


HeflerLichtenberg
161 N. Clark St.
Chicago, IL 60601


InfoLaw Group LLP
150 S. Wacker Dr.
Chicago, IL 60606


Integrated Business Consulting Serv
161 N. Clark St.
Chicago, IL 60601


John Obert-Hong LLC
161 N. Clark St.
Chicago, IL 60601


Keogh & Mooday
161 N. Clark St.
Chicago, IL 60601


Kirk Key Interlock
161 N. Clark St.
Chicago, IL 60601


Lad Law Group, P.C.
161 N. Clark St.
Chicago, IL 60601


Landsman Saldinger Carroll
161 N. Clark St.
Chicago, IL 60601


Law OFfice of Briana Morris
161 N. Clark St.
Chicago, IL 60601

Law Office of Donald F. Spak
161 N. Clark St.
Chicago, IL 60601


Law Office of George Sanders
161 N. Clark St.
Chicago, IL 60601


Law Office of Joshua E. Stern
161 N. Clark St.
Chicago, IL 60601


Law Office of Michael P Johnson LLC
161 N. Clark St.
Chicago, IL 60601


Law Offices of Cathy Pilkington
161 N. Clark St.
Chicago, IL 60601


Law Offices of Daniel F. Hofstetter
161 N. Clark St.
Chicago, IL 60601


Law Offices of Debra I. Crystal
161 N. Clark St.
Chicago, IL 60601


Law Offices of Kenneth Hiller PLLC
150 S. Wacker Dr.
Chicago, IL 60606


Law Offices of Leonard J. LeRose Jr
161 N. Clark St.
Chicago, IL 60601


Law Offices of Mitchell M. Iseberg
161 N. Clark St.
Chicago, IL 60601


Leon J. Teichner & Associates P.C.
161 N. Clark St.
Chicago, IL 60601

Lewitas Hyman
161 N. Clark St.
Chicago, IL 60601


Libersher Law Offices, LLC
161 N. Clark St.
Chicago, IL 60601


Liberty Title & Escrow Company, LLC
161 N. Clark St.
Chicago, IL 60601


Luisi Holz Law
161 N. Clark St.
Chicago, IL 60601


Marasa Lewis, Ltd.
161 N. Clark St.


Marx and Klein, PC
161 N. Clark St.
Chicago, IL 60601


Masini, Vickers & Hadsell, P.C.
150 S. Wacker Dr.
Chicago, IL 60606


Maurice & Fischer
161 N. Clark St.
Chicago, IL 60601


McCoy Leavitt Laskey LLC
150 S. Wacker Dr.
Chicago, IL 60606


MDMBG Leasing LLC
161 N. Clark St.
Chicago, IL 60601


Meon Corporation
161 N. Clark St.
Chicago, IL 60601

Meza Law
161 N. Clark St.
Chicago, IL 60601


MHP
161 N. Clark St.
Chicago, IL 60601


Michael Wood & Associates
161 N. Clark St.
Chicago, IL 60601


Midwest Fertility Law Group
150 S. Wacker Dr.
Chicago, IL 60606


MJH Wacker LLC
150 S. Wacker
Suite 2150
Chicago, IL 60606


Modus Strategic Solutions
161 N. Clark St.
Chicago, IL 60601


Moskovic & Associates, Ltd.
161 N. Clark St.
Chicago, IL 60601


NAMWOLF
161 N. Clark St.
Chicago, IL 60601


Netikus.net
150 S. Wacker Dr.
Chicago, IL 60606


Newman & Lum, PC
161 N. Clark St.
Chicago, IL 60601


Oberts Galasso Law Group, LLC
161 N. Clark St.
Chicago, IL 60601

Oblate Intl. Pastoral Investment Tr
161 N. Clark St.
Chicago, IL 60601


On Time Expediting
161 N. Clark St.
Chicago, IL 60601


One North Services
150 S. Wacker Dr.
Chicago, IL 60606


Parikh Law Group, LLC
150 S. Wacker Dr.
Chicago, IL 60606


Patriot Capital
150 S. Wacker Dr.
Chicago, IL 60606


Paul G. Hardiman Law Offices
150 S. Wacker Dr.
Chicago, IL 60606


Peddinghaus Corporation
150 S. Wacker Dr.
Chicago, IL 60606


Pillar International Insurance Adv.
150 S. Wacker Dr.
Chicago, IL 60606


Pohlman USA
161 N. Clark St.
Chicago, IL 60601


Ray Consulting Group
161 N. Clark St.
Chicago, IL 60601


Reddy Law Office
161 N. Clark St.
Chicago, IL 60601

ReDirect, LLC
161 N. Clark St.
Chicago, IL 60601


Resource Investment Advisors, LLC
150 S. Wacker Dr.
Chicago, IL 60606


Rico Computers Enterprises, Inc.
161 N. Clark St.
Chicago, IL 60601


Ritter Law Offices
161 N. Clark St.
Chicago, IL 60601


Ronald Bockstahler
400 N. Meridian St.
Apt. 435
Indianapolis, IN 46208


Sadic & Sriratana LLC
161 N. Clark St.
Chicago, IL 60601


Savine Employment Law, Ltd.
150 S. Wacker Dr.
Chicago, IL 60606


Schelli Reporting Service, Ltd.
150 S. Wacker Dr.
Chicago, IL 60606


Securion
161 N. Clark St.
Chicago, IL 60601


Slater Slater Schulman LLP
150 S. Wacker Dr.
Chicago, IL 60606


Stoltmann Law Offices
161 N. Clark St.
Chicago, IL 60601

Swatek Bucko Law Group, LLC
161 N. Clark St.
Chicago, IL 60601


Tandem Group Inc.
161 N. Clark St.
Chicago, IL 60601


Thamman Law Office
150 S. Wacker Dr.
Chicago, IL 60606


The Law Office of Christopher Marti
150 S. Wacker Dr.
Chicago, IL 60606


The Law Office of Jeffrey R. Esser
161 N. Clark St.
Chicago, IL 60601


The Law Office of Jonathan W. Young
161 N. Clark St.
Chicago, IL 60601


The Shoenberger Public Interest Law
161 N. Clark St.
Chicago, IL 60601


The Wagner Law Group
150 S. Wacker Dr.
Chicago, IL 60606


Thom Kraley
161 N. Clark St.
Chicago, IL 60601


Timothy N. Stevens
150 S. Wacker Dr.
Chicago, IL 60606


TitaniumCRE Consultants
150 S. Wacker Dr.
Chicago, IL 60606

Tristano & Tristano, LTD.
161 N. Clark St.
Chicago, IL 60601


Twende Investment Group
150 S. Wacker Dr.
Chicago, IL 60606


Union Legal Services, LLC
161 N. Clark St.
Chicago, IL 60601


Universal Information Solutions
150 S. Wacker Dr.
Chicago, IL 60606


Van Hoven, P.C.
150 S. Wacker Dr.
Chicago, IL 60606


VH Valuations
150 S. Wacker Dr.
Chicago, IL 60606


VLSI Technology LLC
150 S. Wacker Dr.
Chicago, IL 60606


Walker & Dunlop, LLC
150 S. Wacker Dr.
Chicago, IL 60606


William V. Saracco, Attorney at Law
161 N. Clark St.
Chicago, IL 60601


Windy City Legal
150 S. Wacker Dr.
Chicago, IL 60606


Women Empowerment Network
161 N. Clark St.
Chicago, IL 60601

```
Workmen Forensics
161 N. Clark St.
Chicago, IL 60601


Wortham LLP
150 S. Wacker Dr.
Chicago, IL 60606


Zwelling Law, PLLC
161 N. Clark St.
Chicago, IL 60601
```

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Amata, LLC**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Amata, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Amata Holdings, LLC**
**77 W. Wacker Dr.**
**45th Floor**
**Chicago, IL 60601**

☐ None [*Check if applicable*]

**November 12, 2024**

Date

**/s/ Jeffrey C. Dan**

**Jeffrey C. Dan**
Signature of Attorney or Litigant
Counsel for   **Amata, LLC**

**Goldstein & McClintock LLLP**
**111 W Washington Street**
**Suite 1221**
**Chicago, IL 60602**
**(312) 337-7700 Fax:(312) 277-2305**
**jeffd@goldmclaw.com**