| Fill in this information to identify the case: | |
|---|---|
| Debtor Name | 161 17NC LLC |
| United States Bankruptcy Court for the: | Northern District of Illinois |
| Case number: | 24-17013 |

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11    12/17

Month: __April 2025__

Line of business: __Legal Support Services__

Date report filed: __05/17/2025__
MM / DD / YYYY

NAISC code: __561110__

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party:     161 17NC LLC

Original signature of responsible party     *Ron Bockstahler*
EBDCFF1788394CF...

Printed name of responsible party     Ron Bockstahler

## ▌ 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.*** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

| Debtor Name | 161 17NC LLC | Case number | 24-17013 |
|---|---|---|---|

17. Have you paid any bills you owed before you filed bankruptcy?    ☐  ☑  ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ☐  ☑  ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ 8,747.06

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C.* Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C.*

Report the total from *Exhibit C* here.

$ 108,560.56

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D.* List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D.*

Report the total from *Exhibit D* here.

− $ 115,895.58

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit.*

+ $ -7,335.02

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

= $ 1,412.04

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E.* Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

$ 71,265.57

*(Exhibit E)*

Docusign Envelope ID: 3660506A-D0E9-48F7-9D56-27A5984C081E

| Debtor Name | 161 17NC LLC | Case number | 24-17013 |
|---|---|---|---|

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables** $ 45,089.50

   *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed? 5

27. What is the number of employees as of the date of this monthly report? 5

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case? $ 0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ 0.00

30. How much have you paid this month in other professional fees? $ 0.00

31. How much have you paid in total other professional fees since filing the case? $ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
| | **Projected** | − | **Actual** | = | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 124,474.00 | − | $ 108,560.56 | = | $ 15,913.44 |
| 33. **Cash disbursements** | $ 143,024.00 | − | $ 115,895.58 | = | $ 27,128.42 |
| 34. **Net cash flow** | $ -18,550.00 | − | $ -7,335.02 | = | $ -11,214.98 |

35. Total projected cash receipts for the next month: $ 0.00

36. Total projected cash disbursements for the next month: - $ 0.00

37. Total projected net cash flow for the next month: = $ 0.00

Docusign Envelope ID: 3660D0C1-D0E9-48E7-9DE6-27A5984C081F

Debtor Name  161 17NC LLC                                    Case number  24-17013

---

## ■ 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☑ 39.  Bank reconciliation reports for each account.

☐ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

CASE NAME: 161 17NC LLC                     CASE NO: 24-17013

### FOR MONTH ENDING April 30, 2025

## Exhibit C & D

| Date | Name | Cash Receipts | Cash Disbursements |
|---|---|---|---|
| **161-17NC LLC (7335)** | **Beginning Balance** | $    8,747.06 | |
| 04/01/2025 | ██████████ | 1,191.96 | |
| 04/01/2025 | Deposit | 5,478.17 | |
| 04/01/2025 | Deposit | 20,998.15 | |
| 04/01/2025 | ████████ | 31,620.61 | |
| 04/02/2025 | ██████████ | 340.00 | |
| 04/02/2025 | ████████████ | 620.76 | |
| 04/03/2025 | Deposit | 12,612.38 | |
| 04/04/2025 | Rent/Salaries/Office Exp | | 80,848.00 |
| 04/04/2025 | ██████████ | 96.71 | |
| 04/04/2025 | ███████ | 162.06 | |
| 04/04/2025 | Deposit | 766.55 | |
| 04/07/2025 | ███████ | 221.97 | |
| 04/07/2025 | Deposit | 25,914.68 | |
| 04/07/2025 | Infintech | | 766.00 |
| 04/08/2025 | Infintech | | 77.06 |
| 04/08/2025 | ████████████████ | 219.48 | |
| 04/08/2025 | ██████████████████ | 355.17 | |
| 04/08/2025 | ███████ | 1,914.14 | |
| 04/09/2025 | ████████████ | 89.88 | |
| 04/10/2025 | ██████████ | | 30,000.00 |
| 04/10/2025 | Deposit | 3,343.66 | |
| 04/11/2025 | Deposit | 357.68 | |
| 04/11/2025 | Deposit | 729.94 | |
| 04/14/2025 | ████████████████ | 371.05 | |
| 04/14/2025 | Deposit | 668.38 | |
| 04/15/2025 | American Commercial Bank & Trust | | 204.52 |
| 04/16/2025 | Salaries | | 4,000.00 |
| 04/18/2025 | ███████ | 96.89 | |
| 04/21/2025 | ██████████ | 341.02 | |
| 04/25/2025 | ████████████████ | 39.26 | |
| 04/30/2025 | ████████████ | 10.01 | |
| | | 108,560.56 | 115,895.58 |
| | **Ending Balance** | $    1,412.04 | |

Docusign Envelope ID: 3660F0C1-D0E9-48F3-9D56-37A5984C081E

IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN
DISTRICT OF ILLINOIS EASTERN DIVISION

CASE NAME: 161 17NC LLC                          CASE NO: 24-17013

FOR MONTH ENDING April 30, 2025

**Exhibit E** **- STATEMENT OF ACCOUNTS PAYABLE (POST-PETITION)**

| | |
|---|---|
| Beginning of month balance: | $72,368.77 |
| Add: credit extended: | $114,792.39 |
| Less: payments of account: | $115,895.58 |
| End of month balance: | $71,265.57 |

| **0-30 Days** | **31-60 Days** | **61-90 Days** | **Over 90 Days** | **Total** |
|---|---|---|---|---|
| **$7,696.47** | **$972.82** | **$2,416.77** | **$60,179.51** | **$71,265.57** |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN
DISTRICT OF ILLINOIS EASTERN DIVISION

CASE NAME: 161 17NC LLC                          CASE NO: 24-17013

FOR MONTH ENDING April 30, 2025

**Exhibit F - STATEMENT OF AGED RECEIVABLES**

Beginning of month balance:      $148,730.77

Add: sales on account:           $4,919.29

Less: collections:               $108,560.56

End of month balance:            $45,089.50

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | Total |
|---|---|---|---|---|
| $12,365.05 | $0 | $12,150.98 | $20,573.47 | $45,089.50 |

Docusign Envelope ID: 3660506C7-D0E9-48E7-9DE6-27A5984C081E

# American Commercial Bank and Trust

4733 Main Street
Lisle, IL 60532
www.ACBandT.com

**Return Service Requested**

**The First** Bank of Ottawa
www.FirstOttawa.com

**Morris** National Bank & Trust
www.MorrisNationalBank.com

**Streator** National Bank
www.StreatorNationalBank.com

**Yorkville** National Bank & Trust
www.YorkvilleNationalBank.com

Customer Service: 815.434.0044
24 Hour FirstPhone: 866.434.0044

**161-17NC LLC**
**77 W WACKER DRIVE 45TH FLOOR**
**CHICAGO IL 60601**

| Page | 1 of 3 |
| Account: | ***7335 |
| Date: | 04/30/2025 |

Privacy Notice - Federal Law requires us to tell you how we collect, share and protect your personal information.  Our Privacy Policy has not changed.  You may review our policy and practices on your personal information at http://firstottawa.com/privacypolicy.pdf, or we will mail you a copy upon request if you call us at 866-434-0044, option 0.

| ACB&T COMMERCIAL CHECKING | Acct | ***7335 |

## Summary of Activity Since Your Last Statement

| | | |
|---|---|---|
| Beginning Balance | 4/01/25 | 8,747.06 |
| Deposits / Misc Credits | 25 | 108,560.56 |
| Withdrawals / Misc Debits | 6 | 115,895.58 |
| ** Ending Balance | 4/30/25 | 1,412.04 ** |
| Service Charge | | .00 |
| Average Collected Balance | | 10,791 |

## Deposits & Credits

| Date | Amount | Activity Description |
|---|---|---|
| 4/01 | 31,620.61 | MAIN DISBURSEMEN/PAYMENT INV-22109 161-17NC LLC CH |
| 4/01 | 1,191.96 | FORTE/302906 ACH-0331-DA4D2 AMATA LAW OFFICE SUITE |
| 4/01 | 20,998.15 | REMOTE DEPOSIT |
| 4/01 | 5,478.17 | REMOTE DEPOSIT |
| 4/02 | 620.76 | MERCH BANKCARD/COMB. DEP. MERCH BANKCARD COMB. DEP. TERM 0007 BATCH 00000000373 520004648001 AMATA LAW OFFICE SUITE |
| 4/02 | 340.00 | REMOTE DEPOSIT |
| 4/03 | 12,612.38 | MERCH BANKCARD/COMB. DEP. MERCH BANKCARD COMB. DEP. TERM 0007 BATCH 00000000374 520004648001 AMATA LAW OFFICE SUITE |
| 4/04 | 766.55 | FORTE/302906 ACH-0403-CE7FE AMATA LAW OFFICE SUITE |
| 4/04 | 162.06 | MERCH BANKCARD/COMB. DEP. MERCH BANKCARD COMB. DEP. TERM 0007 BATCH 00000000375 520004648001 AMATA LAW |





*The newest ideas in banking from one of the oldest banks in Illinois!*

**American**

~~Commercial~~

**Bank and Trust**

4733 Main Street
Lisle, IL 60532
www.ACBandT.com

**Return Service Requested**

The **First**
Bank of Ottawa
www.FirstOttawa.com

**Morris**
**National**
Bank & Trust
www.MorrisNationalBank.com

**Streator**
**National**
**Bank**
www.StreatorNationalBank.com

**Yorkville**
**National**
Bank & Trust
www.YorkvilleNationalBank.com

Customer Service: 815.434.0044
24 Hour FirstPhone: 866.434.0044

| | |
|---|---|
| Page | 2 of 3 |
| Account: | ***7335 |
| Date: | 04/30/2025 |

## Deposits & Credits

| Date | Amount | Activity Description |
|------|--------|----------------------|
| 4/04 | 96.71 | OFFICE SUITE<br>REMOTE DEPOSIT |
| 4/07 | 25,914.68 | FORTE/302906 ACH-0404-C15CF AMATA LAW<br>OFFICE SUITE |
| 4/07 | 221.97 | MERCH BANKCARD/COMB. DEP. MERCH<br>BANKCARD COMB. DEP. TERM 0007 BATCH<br>00000000376 520004648001 AMATA LAW<br>OFFICE SUITE |
| 4/08 | 219.48 | FORTE/302906 ACH-0407-1A934 AMATA LAW<br>OFFICE SUITE |
| 4/08 | 1,914.14 | REMOTE DEPOSIT |
| 4/09 | 89.88 | FORTE/302906 ACH-0408-E7868 AMATA LAW<br>OFFICE SUITE |
| 4/09 | 355.17 | REMOTE DEPOSIT |
| 4/10 | 3,343.66 | FORTE/302906 ACH-0409-9F785 AMATA LAW<br>OFFICE SUITE |
| 4/11 | 729.94 | MERCH BANKCARD/COMB. DEP. MERCH<br>BANKCARD COMB. DEP. TERM 0007 BATCH<br>00000000377 520004648001 AMATA LAW<br>OFFICE SUITE |
| 4/11 | 357.68 | FORTE/302906 ACH-0410-AA4DA AMATA LAW<br>OFFICE SUITE |
| 4/14 | 371.05 | FORTE/302906 ACH-0411-96B53 AMATA LAW<br>OFFICE SUITE |
| 4/14 | 668.38 | REMOTE DEPOSIT |
| 4/18 | 96.89 | FORTE/302906 ACH-0417-57A09 AMATA LAW<br>OFFICE SUITE |
| 4/21 | 341.02 | REMOTE DEPOSIT |
| 4/25 | 39.26 | FORTE/302906 ACH-0424-695E4 AMATA LAW<br>OFFICE SUITE |
| 4/30 | 10.01 | FORTE/302906 ACH-0429-DFF89 AMATA LAW<br>OFFICE SUITE |

## Miscellaneous Debits & Credits

| Date | Activity Description | Deposits | Withdrawals |
|------|----------------------|----------|-------------|
| 4/04 | xfer 16117 to Mgt per cash plan<br>Ref 4PYBZG7 To *7323 | | 80,848.00 |
| 4/07 | MERCH BANKCARD/BILLNG MERCH BANKCARD<br>520004648001 AMATA LAW OF FICE SUITES<br>520004648001 161-17NC LLC | | 766.00 |
| 4/08 | PAYROC/5137611448 202504070753499 Amata<br>Law Office Suite | | 77.06 |



*The newest ideas in banking from one of the oldest banks in Illinois!*



# American
## Commercial
# Bank and Trust

4733 Main Street
Lisle, IL 60532
www.ACBandT.com

**Return Service Requested**

**The First** Bank of Ottawa
www.FirstOttawa.com

**Morris** National Bank & Trust
www.MorrisNationalBank.com

**Streator National Bank**
www.StreatorNationalBank.com

**Yorkville National Bank & Trust**
www.YorkvilleNationalBank.com

Customer Service: 815.434.0044
24 Hour FirstPhone: 866.434.0044

## Miscellaneous Debits & Credits

| Date | Activity Description | Deposits | Withdrawals |
|------|---------------------|----------|-------------|
| 4/10 | xfer 16117 to Mgt per cash plan | | 30,000.00 |
| | Ref 4Y61G1E To *7323 | | |
| 4/15 | ANALYSIS ACTIVITY | | 204.52 |
| 4/16 | xfer 161 17NC to Mgt per cash plan | | 4,000.00 |
| | Ref 56TMOJI To *7323 | | |

## Daily Balance

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 4/01 | 68,035.95 | 4/09 | 29,658.67 | 4/18 | 1,021.75 |
| 4/02 | 68,996.71 | 4/10 | 3,002.33 | 4/21 | 1,362.77 |
| 4/03 | 81,609.09 | 4/11 | 4,089.95 | 4/25 | 1,402.03 |
| 4/04 | 1,786.41 | 4/14 | 5,129.38 | 4/30 | 1,412.04 |
| 4/07 | 27,157.06 | 4/15 | 4,924.86 | | |
| 4/08 | 29,213.62 | 4/16 | 924.86 | | |

Privacy Notice - Federal Law requires us to tell you how we collect,
share and protect your personal information.  Our Privacy Policy has not
changed.  You may review our policy and practices on your personal
information at http://firstottawa.com/privacypolicy.pdf, or we will mail
you a copy upon request if you call us at 866-434-0044, option 0.


Each depositor insured to at least $250,000
FDIC
Federal Deposit Insurance Corporation www.fdic.gov

*The newest ideas in banking from one of the oldest banks in Illinois!*


EQUAL HOUSING LENDER

## ERROR RESOLUTION

In case of errors or questions about your electronic transfers, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, telephone First National Bank of Ottawa at 815-434-0044 or American Commercial Bank & Trust at 630-536-0600 as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

    (1) Tell us your name and account number (if any).

    (2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is in error or why you need more information.

    (3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (5 business days for VISA@Check Card point-of-sale transactions and 20 business days if the transfer involved a new account) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING
(Not Shown on Statement)

Month _____ , 20 _____

| NUMBER | $ | |
|--------|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL | $ | |

| | |
|---|---|
| Your Check Book Balance (At the End of the Period Shown by this Statement) | $ |
| Less Service Charge | $ |
| Net Check Book Balance | $ |
| Bank Statement Balance (Last Amount Shown in Balance Column) | $ |
| ADD - Deposits Received By Bank After Date of This Statement | $ |
| TOTAL | $ |
| SUBTRACT -  Checks Outstanding | $ |
| BALANCE This figure should agree with your Net Check Book Balance | $ |

ADVISE US PROMPTLY OF ANY DIFFERENCE. IF NO ERROR IS REPORTED
WITHIN TEN DAYS, THE ACCOUNT WILL BE CONSIDERED CORRECT.

## IMPORTANT INFORMATION FOR HOME EQUITY LINE OF CREDIT & READY RESERVE ACCOUNT
### (FIRST EQUI-LINE)

*What To Do If You Think You Find A Mistake On Your Statement*

If you think there is an error on your statement, write to us at:

The First National Bank of Ottawa
701 LaSalle St.
Ottawa, IL 61350

American Commercial Bank & Trust
4733 Main St.
Lisle, IL 60532

In your letter, give us the following information:

• Account information:  Your name and account number.

• Dollar amount: The dollar amount of the suspected error.

• Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in questions. While we investigate whether or not there has been an error, the following are true:

• We cannot try to collect the amount in question, or report you as delinquent on that amount.

• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.

• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.

• We can apply any unpaid amount against your credit limit.

*Your Rights If You Are Dissatisfied With Your Credit Card Purchases*

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles or your current mailing address, and the purchase price must have been more than $50. (note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services).

2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that assesses your credit card account do not qualify.

3. You must not yet have fully paid for the purchase

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at:

The First National Bank of Ottawa
701 LaSalle St.
Ottawa, IL 61350

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent

We figure a portion of the finance charge on your account by applying the periodic rate to the "average daily balance" of your account including current transactions. To get the "average daily balance" we take the beginning balance of your account each day, add any new purchases/ loans, and subtract any payments or credits, and unpaid finance charges. This gives us the daily balance; Then, we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "average daily balance."

Amata Holdings, LLC

**161-17NC LLC (7335), Period Ending 04/30/2025**

**RECONCILIATION REPORT**

Reconciled on: 05/12/2025

Reconciled by: Rebecca Bockstahler

Any changes made to transactions after this date aren't included in this report.

### Summary

|  | USD |
|---|---|
| Statement beginning balance | 8,747.06 |
| Checks and payments cleared (6) | -115,895.58 |
| Deposits and other credits cleared (25) | 108,560.56 |
| Statement ending balance | 1,412.04 |
|  |  |
| Register balance as of 04/30/2025 | 1,412.04 |
| Cleared transactions after 04/30/2025 | 0.00 |
| Uncleared transactions after 04/30/2025 | -297.95 |
| Register balance as of 05/12/2025 | 1,114.09 |

### Details

Checks and payments cleared (6)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 04/04/2025 | Transfer | | | -80,848.00 |
| 04/07/2025 | Expense | | Infintech | -766.00 |
| 04/08/2025 | Bill Payment | Auto ACH | Infintech | -77.06 |
| 04/10/2025 | Transfer | | | -30,000.00 |
| 04/15/2025 | Expense | | American Commercial Bank &… | -204.52 |
| 04/16/2025 | Transfer | | | -4,000.00 |

| Total | | | | -115,895.58 |
|---|---|---|---|---|

Deposits and other credits cleared (25)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 04/01/2025 | Deposit | | ████ | 1,191.96 |
| 04/01/2025 | Deposit | | ████ | 5,478.17 |
| 04/01/2025 | Deposit | | █████████ | 31,620.61 |
| 04/01/2025 | Deposit | | | 20,998.15 |
| 04/02/2025 | Deposit | | ████████████ | 620.76 |
| 04/02/2025 | Deposit | | ██████████ | 340.00 |
| 04/03/2025 | Deposit | | | 12,612.38 |
| 04/04/2025 | Deposit | | ██████ | 162.06 |
| 04/04/2025 | Deposit | | | 766.55 |
| 04/04/2025 | Deposit | | ████████ | 96.71 |
| 04/07/2025 | Deposit | | █████ | 221.97 |
| 04/07/2025 | Deposit | | | 25,914.68 |
| 04/08/2025 | Deposit | | ████████████ | 355.17 |
| 04/08/2025 | Deposit | | █████████ | 1,914.14 |
| 04/08/2025 | Deposit | | ██████████████ | 219.48 |
| 04/09/2025 | Deposit | | ████████ | 89.88 |
| 04/10/2025 | Deposit | | | 3,343.66 |
| 04/11/2025 | Deposit | | | 357.68 |
| 04/11/2025 | Deposit | | | 729.94 |
| 04/14/2025 | Deposit | | ████████████ | 371.05 |
| 04/14/2025 | Deposit | | | 668.38 |
| 04/18/2025 | Deposit | | ██████ | 96.89 |
| 04/21/2025 | Deposit | | ████████ | 341.02 |
| 04/25/2025 | Deposit | | ████████████ | 39.26 |
| 04/30/2025 | Deposit | | █████████ | 10.01 |

| Total | | | | 108,560.56 |
|---|---|---|---|---|